UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Clifford Planty,

                Defendant.

---

7:17-MJ-9567(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on January 26, 2017, accepted the defendant's plea of guilty to a charge of violating NY Penal Law Section 240.20, Disorderly Conduct, in full satisfaction of the Amended Misdemeanor Complaint filed on December 28, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the Defendant to pay a fine in the amount of $50.00 to be paid to White Plains by February 27, 2018, or appear on February 28, 2018 to explain why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge